IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | NO. CR 18-1255 RB |
| SAVANNAH J. ORDONEZ, et al., | ) ) ) | |
| Defendants. | ) | |

**UNITED STATES' NOTICE OF RELATED CASES**

The United States of America notifies the Court that the subject matter in the above-captioned case is related to the subject matter in the following cases:

1. US v. Jose I. Caro, et al., CR 18-1251 RB;
2. US v. Fidel Gonzales, et al., CR 18-1252 RB;
3. US v. Martin Montelongo-Salas, et al., CR 18-1253 RB;
4. US v. Alonso P. Grado, Jr., et al., CR 18-1254 RB; and
5. US v. Suzanne Reynolds, No. 18-mj-1415.

The United States hereby represents that the theories of prosecution, facts, evidence and witnesses in the listed cases are substantially common to one another. The United States respectfully suggests that all of the listed cases should be assigned to a single United States District Judge of this Court in the interest of judicial economy. Moreover, assignment of all of the listed cases to a single United States District Judge of this Court will minimize the risk of disparate treatment of similarly situated criminal defendants.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically Filed 4/26/18*
SARAH M. DAVENPORT
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304